UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In RE:  Case No. 12-63710-MLO
CHRISTOPHER THOMAS  Honorable Maria L. Oxholm
DARCHAL MARKAJ-THOMAS,  Chapter 13

_____/

## CREDITOR, WALDEN WOODS HOMEOWNERS' ASSOCIATION'S RESPONSE AGREEING WITH TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND NOTICE OF COMPLETION OF PLAN PAYMENTS

**NOW COMES** Creditor, WALDEN WOODS HOMEOWNERS' ASSOCIATION, and agrees with the Chapter 13 Trustee's Notice of Final Cure Payment and Notice of Completion of Plan Payments.

The Creditor Agrees with the Trustee's Notice of Final Cure. As of September 4, 2018, the Debtor's account with the Association is current. The Debtors must continue to pay ongoing annual assessments as they come due on January 1st of each year beginning with the 2019 assessment.

**WHEREFORE**, Creditor prays that this Court enter an order discharging the Debtor's Chapter 13 Case.

Respectfully submitted,
/s/ Melissa D. Francis, Esq.
Melissa D. Francis, Esq. (P61495)
Zelmanski, Danner, & Fioritto, PLLC
44670 Ann Arbor Rd., Ste 170
Plymouth, MI 48170
734-459-0062   mfrancis@zdfattorneys.com

Dated: September 4, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In RE:                                               Case No. 12-63710-MLO
CHRISTOPHER THOMAS           Honorable Maria L. Oxholm
DARCHAL MARKAJ-THOMAS,      Chapter 13

_____/

**PROOF OF SERVICE OF WALDEN WOODS HOMEOWNERS' ASSOCIATION'S RESPONSE AGREEING WITH TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND NOTICE OF COMPLETION OF PLAN PAYMENTS**

I hereby certify that on September 4, 2018, I electronically filed Walden Woods Homeowners' Association's Response to Notice of Final Cure with the Clerk of the Court using the ECF system which will send notification of such filing on the following:

James P. Frego, II      fregolaw@aol.com

Tammy L. Terry      mieb_ecfadmin@det13.net

                                       Respectfully submitted,
                                       /s/ Melissa D. Francis, Esq.
                                       Melissa D. Francis, Esq. (P61495)
                                       Zelmanski, Danner, & Fioritto, PLLC
                                       44670 Ann Arbor Rd., Ste 170
Dated: September 4, 2018            Plymouth, MI 48170
                                       734-459-0062   mfrancis@zdfattorneys.com